UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00377-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DALE R. TAFOYA,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, September 21, 2009,** and responses to these motions shall be filed by **Monday, October 5, 2009.**  It is

FURTHER ORDERED that counsel may request a hearing on all pending motions, if necessary, at a future date.  It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, November 2, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: September 3, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge