UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00377-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DALE R. TAFOYA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on October 6, 2009.  A Change of Plea hearing is set for **Thursday, November 19, 2009, at 4:00 p.m**.  The 4-day jury trial set for **Monday, November 2, 2009, at 9:00 a.m.** is **VACATED**.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  October 6, 2009